PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00125-JLT |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| MARIO GALLARDO, | DATE: June 26, 2024 |
| Defendant. | TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on June 26, 2024. The parties agree and stipulate to continue the status conference until August 21, 2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on June 26, 2024.

2. The United States and defendant are exchanging discovery and discussing case status and possible resolution.

3. By this stipulation, defendant now moves to continue the status conference until **August 21, 2024, at 2:00 p.m**.

4. No exclusion of time is necessary because the matter concerns a supervised release violation.

5.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 24, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ ROBERT L. VENEMAN-HUGHES<br>ROBERT L. VENEMAN-HUGHES<br>Assistant United States Attorney |
| Dated:  June 24, 2024 | /s/ ROGER PONCE<br>ROGER PONCE<br>Counsel for Defendant<br>MARIO GALLARDO |

## **ORDER**

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for June 26, 2024 at 2:00 p.m. is continued to **August 21, 2024 at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.  No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated:   **June 24, 2024**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

2